Fill in this information to identify the case:

Debtor name: Lakeport CF, LLC
United States Bankruptcy Court for the: DISTRICT OF COLORADO
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Boulder Road Funding<br>9356 Green Dragon Street<br>Orlando, FL 32827 | | Lien on property | Disputed | $150,000.00 | $0.00 | $150,000.00 |
| Can America Drilling, Inc.<br>708 Cheyenne Ave.<br>P.O. Box 416<br>Simla, CO 80835 | | Drilling Services | Disputed | | | $594,442.31 |
| Deadrick SSB, LLC<br>9380 Collin Ave.<br>Surfside, FL 33154 | | Deed of Trust | Disputed | $3,200,000.00 | $0.00 | $3,200,000.00 |
| ER Golf Real Esate, LLC<br>4403 13th Avenue<br>Brooklyn, NY 11219 | | Advanced company funds for general corporate use | | | | $280,068.00 |
| Fairfield and Woods, P.C.<br>1801 California Street<br>Suite 2600<br>Denver, CO 80202 | | Legal fees | | | | $125,221.77 |
| Lead Funding II, LLC<br>VAMFP Hunt, LLC<br>7400 E. Orchard Road<br>Suite 3000N<br>Greenwood Village, CO 80111 | | First mortgage on property and off Property Water Rights which require permitting and piping to and return | | $2,050,000.00 | $2,000,000.00 | $50,000.00 |
| McCann, Thomas EPS, 6472 S. Quebec Street<br>Centennial, CO 80111 | | Deed of Trust | Disputed | $4,500,000.00 | $0.00 | $4,500,000.00 |

Debtor   **Lakeport CF, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Natural Path Botanicals, LLC<br>401 Capital Street<br>Hayden, CO 81639 | | Trade Vendor | | | | $526,442.82 |
| Rady Dyer<br>1951 Hidden Acres Place<br>Parker, CO 80138 | | | Disputed | $854,944.00 | $0.00 | $854,944.00 |
| River Bend Corporation<br>155 Madison Street<br>Denver, CO 80206 | | First Deed of Trust on | Disputed | $1,100,000.00 | $535,114.00 | $564,886.00 |
| River Bend Corporation<br>155 Madison Street<br>Denver, CO 80206 | | First mortgage on | Disputed | $475,000.00 | $450,000.00 | $25,000.00 |