# United States Bankruptcy Court
## District of Colorado

In re __Lakeport CF, LLC_____
Debtor(s)

Case No. _____
Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the by Jean Marc Orlando, President on behalf of Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __May 31, 2022_____

/s/ Jay Home 2, LLC, Manager of Debtor
**Jay Home 2, LLC, Manager of Debtor/by Jean Marc Orlando,
President on behalf of Manager**
Signer/Title

Boulder Road Funding
9356 Green Dragon Street
Orlando, FL 32827


Can America Drilling, Inc.
708 Cheyenne Ave.
P.O. Box 416
Simla, CO 80835


David R. Doughty
Janeway Law Firm, P.C.
9800 S. Meridian Blvd., #400
Englewood, CO 80112


Deadrick SSB, LLC
9380 Collin Ave.
Surfside, FL 33154


Elbert County Treasurer
Tax Department
215 Comanche Street
Kiowa, CO 80117


ER Golf Real Esate, LLC
4403 13th Avenue
Brooklyn, NY 11219


Fairfield and Woods, P.C.
1801 California Street
Suite 2600
Denver, CO 80202


Lakeport CF, LLC
4403 13th Avenue
Brooklyn, NY 11219

Lead Funding II, LLC
VAMFP Hunt, LLC
7400 E. Orchard Road
Suite 3000N
Greenwood Village, CO 80111


McCann, Thomas
EPS, 6472 S. Quebec Street
Centennial, CO 80111


Michael G. Milstein, Esq.
Foster Graham Milstein Calisher, LLP
360 S. Garfield Street, Suite 600
Denver, CO 80209


Natural Path Botanicals, LLC
401 Capital Street
Hayden, CO 81639


Rady Dyer
1951 Hidden Acres Place
Parker, CO 80138


River Bend Corporation
155 Madison Street
Denver, CO 80206