| Fill in this information to identify the case: |
| --- |
| Debtor name    **Lakeport CF, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF COLORADO |
| Case number (if known)   **22-11941 MER** |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$15,200.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$47,959.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$11,900.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor __Lakeport CF, LLC__      Case number (if known) __22-11941 MER__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Atwell, LLC**<br>**Two Towne Square**<br>**Suite 700**<br>**Southfield, MI 48076** | **03/02/22 -**<br>**$6,131.09**<br>**03/02/22 -**<br>**$3,014.88**<br>**04/04/22 -**<br>**$3,175.62**<br>**04/19/22 -**<br>**$1,316.00**<br>**05/25/22 -**<br>**$1,275.00** | **$14,912.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Fairfield and Woods, P.C.**<br>**1801 California Street**<br>**Suite 2600**<br>**Denver, CO 80202** | **04/11/22** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Murr Silver & Accomazzo, P.C.**<br>**410 17th Street**<br>**Suite 2400**<br>**Denver, CO 80202** | **3/30/22** | **$9,942.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Sparkman & Foote, LLP**<br>**899 Whispering Oak Drive**<br>**Castle Rock, CO 80104** | **4/4/22** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.5. **Allen Vellone Wolf Helfrich & Factor, PC**<br>**1600 Stout Street**<br>**Suite 1900**<br>**Denver, CO 80202** | **5/20/22** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.6. **Matthew Osofsy, Esq.**<br>**285 Spruce Court**<br>**Boulder, CO 80302** | **4/12/22** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Debtor | Lakeport CF, LLC | Case number *(if known)* | 22-11941 MER |
|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Peter Veillon<br>284 Willow Street, #2<br>New Haven, CT 06511<br>CEO | 5/31/21 -<br>5/16/22 | $125,000.00 | Salary/Payroll |
| 4.2. | Lucem Holding, LLC<br>120 Brewster Road<br>Larchmont, NY 10538<br>Statutory Insider | 3/1/22 | $150,000.00 | Refund of Capital |
| 4.3. | Simon Leger<br>23 Cormorant Wharf<br>Gibraltar GX11 1AA<br>Statutory Insider | 8/3/21 | $33,000.00 | Interest payment |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lakeport CF, LLC<br>vs.<br>Stewart Title Guaranty Company et al.<br>21CV030030 | Breach of Contract | Elbert County District Court<br>751 Ute Street<br>P.O. Box 232<br>Kiowa, CO 80117 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Lakeport CF, LLC**                                     Case number *(if known)* **22-11941 MER**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Lakeport CF, LLC<br>vs.<br>Pinetree Financial Corporation, Shopneck Family Foundation, River Bend Corporation, Sheryl L. Hewlett, Elbert County Trustee or her successors, Pinetree Partner Lending, LLC, Robert Michael Shopneck, Chris Shopneck, Willaim Andrew Shopneck, Singletree Financial Partners, LLC, Ranko Mocevic, SAM, LLC, Stefan M. LLC, Eric Keiter, and the Keiter Group, LLC<br>2021CV030089** | **Fraud, Civil Conspiracy, and other claims** | **Elbert County District Court<br>751 Ute Avenue<br>P.O. Box 232<br>Kiowa, CO 80117** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lead Funding II, LLC<br>vs. Colorado Farms, LLC, et al.<br>2020CV030028** | **Judicial Foreclosure** | **Elbert County District Court<br>751 Ute Avenue<br>P.O. Box 232<br>Kiowa, CO 80117** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **River Bend Corporation<br>Foreclosure Sale No.<br>2021-103** | **Foreclosure on 5370 Hunt Circle** | **Elbert County Public Trustee<br>215 Comanche St.<br>Kiowa, CO 80117** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **River Bend Corporation<br>Foreclosure Sale No.<br>2021-004** | **Foreclosure on 43625 County Road 29, 5381 Hunt Circle, and 43585 County Road 17-21** | **Elbert County Public Trustee<br>215 Comanche St.<br>Kiowa, CO 80117** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **River Bend Corporation<br>Foreclosure Sale No.<br>2021-005** | **Foreclosure on 43993 County Road 29, 43160 County Road 21, 43260 County Road 21, and 43262 County Road 21** | **Elbert County Public Trustee<br>215 Comanche St.<br>Kiowa, CO 80117** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Debtor | Lakeport CF, LLC | | Case number *(if known)* | 22-11941 MER |
| --- | --- | --- | --- | --- |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. Allen Vellone Wolf Helfrich & Factor, PC 1600 Stout Street Suite 1900 Denver, CO 80202 | | 5/20/22 | $25,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Lakeport CF, LLC**                                    Case number *(if known)*   **22-11941 MER**

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **145 Old Army Road**<br>**Scarsdale, NY 10583** | **6/4/19 to 9/21** |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Lakeport CF, LLC**                                    Case number *(if known)*   **22-11941 MER**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ER Golf Real Estate, LLC**<br>**42350 CO Road 17/21**<br>**Elizabeth, CO 80107** | **42350 CO Road 17/21**<br>**Elizabeth, CO 80107** | **Golf carts, Restaurant, furniture, fixtures and equipment pursuant to Sublease Agreement between ER Golf Real Estate, LLC and Debtor.** | **Unknown** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor **Lakeport CF, LLC** Case number *(if known)* **22-11941 MER**

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Peter Veillon 284 Willow Street, #2 New Haven, CT 06511 | |
| 26a.2. | Deborah Pitt, CPA 20 Dutchess Landing Road Apt. B401 Poughkeepsie, NY 12601 | |
| 26a.3. | Mordy Ettinger Zell & Ettinger 3001 Ave. M Brooklyn, NY 11210 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Peter Veillon 284 Willow Street, #2 New Haven, CT 06511 | |
| 26c.2. | Jean-Marc Orlando 27321 S. Lazy Meadow Way Spring, TX 77386 | |
| 26c.3. | Yoel Israel BHY Equities LLC 4403 13th Avenue Brooklyn, NY 11219 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Lakeport CF, LLC | Case number *(if known)* __22-11941 MER__ |
|---|---|---|

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Moorstead Real Estate, LLC** | **4403 13th Avenue Brooklyn, NY 11219** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay Home 2, LLC | 4403 13th Avenue Brooklyn, NY 11219 | Manager | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Peter Veillon**<br>**284 Willow Street, #2**<br>**New Haven, CT 06511** | **$125,000.00** | **5/31/21 - 5/31/22** | **Salary** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2 | **Simon Leger** | **$33,000.00** | **8/3/21** | **Loan repayment** |
| | **Relationship to debtor**<br>**Former Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Lakeport CF, LLC** _____   Case number *(if known)* **22-11941 MER** _____

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                                      **Employer Identification number of the pension fund**

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2022** _____

**/s/ Jay Home 2, LLC, Manager of Debtor** _____   **Jay Home 2, LLC, Manager of Debtor** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **by Yoel Israel, Chairman of the Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name          **Lakeport CF, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-11941 MER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................................   $   **35,055,305.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................................   $   **11,298,016.42**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................................   $   **46,353,321.42**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **24,051,660.76**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................   $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   **4,876,174.90**

4.  **Total liabilities** .........................................................................................................................................
    Lines 2 + 3a + 3b    $   **28,927,835.66**

**Fill in this information to identify the case:**

Debtor name   **Lakeport CF, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-11941 MER**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 3687 | $8,016.42 |
| 3.2. | Chase | Savings | 2355 | $0.00 |
| 3.3. | Chase | Savings | 1798 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $8,016.42 |
|---|---|

**Part 2:        Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. Does the debtor have any accounts receivable?

Debtor __Lakeport CF, LLC__        Case number *(If known)* __22-11941 MER__
Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies 154.9 KGs of CBD Isolate - Not for Sale | | $0.00 | | $60,000.00 |
| | 32,000 lbs of Hemp - Not for Sale | | $0.00 | | $30,000.00 |

23. **Total of Part 5.**                                           | $90,000.00 |

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | Lakeport CF, LLC | Case number *(if known)* 22-11941 MER |
|---|---|---|
| | Name | |

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **5010 Hunt Circle Parcel A - No. 6428200281 - 41.62 acres** | | $0.00 | | $853,210.00 |
| 55.2.   **5370 Hunt Circle Parcel B - No. 6428200283 - 35.12 Acres (value - $719,960.00) Parcel D - No. 6428200252 - 43.66 Acres (value - $895,030.00)** | | $0.00 | | $1,614,990.00 |
| 55.3.   **43625 County Road 29 Parcel E - No. 6428100192 - 79.96 Acres** | | $0.00 | | $1,639,180.00 |
| 55.4.   **5381 Hunt Circle Parcel F - No. 6428100051 - 54.43 Acres** | | $0.00 | | $1,115,815.00 |
| 55.5.   **43585 County Road 17-21 Parcel G - No. 6428100190 - 156.91 Acres** | | $0.00 | | $3,216,655.00 |

| Debtor | Lakeport CF, LLC | Case number *(if known)*  **22-11941 MER** |
|---|---|---|
|  | Name |  |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **43993 County Road 29 Parcel No. 6427100191 - 634.30 Acres** | | $0.00 | | $13,003,150.00 |
| 55.7. | **43160 County Road 21, 43260 County Road 21, and 53262 County Road 21 Parcel No. 6428300266 - 60.81 Acres** | | $0.00 | | $1,246,605.00 |
| 55.8. | **5390 Hunt Circle Parcel H - No. 6428300267 - 80.28 Acres (value - $1,645,740.00)** | | $0.00 | | $1,645,740.00 |
| 55.9. | **CR 174 - Parcel of Land in Parker, CO** | **Equitable Interest pursuant to Lis Pendens** | $0.00 | | $10,000,000.00 |
| 55.10. | **5370 Hunt Circle Parcel C- No. 6428100191 - 35.12 Acres (value - $719,960.00)** | | $0.00 | | $719,960.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $35,055,305.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

| Debtor | **Lakeport CF, LLC** | Case number *(if known)* **22-11941 MER** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

**Current value of
debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Claims against all Defendants in Civil Action 2021CV030089** | **Unknown** |

| Nature of claim | **Fraud, Civil Conspiracy and other causes of action** |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| **Title insurance claim against Stewart Title Company** | **$7,700,000.00** |

| Nature of claim | **Breach of Contract** |
|---|---|
| Amount requested | **$7,700,000.00** |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **East Ranch Water Rights (value $3,500,000) (secured by Lead Funding)** | **$3,500,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$11,200,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  __Lakeport CF, LLC_____     Case number *(if known)*  __22-11941 MER__
         Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,016.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $90,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $35,055,305.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,298,016.42 | + 91b. $35,055,305.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $46,353,321.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lakeport CF, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **22-11941 MER** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* Amount of claim *Do not deduct the value of collateral.* | *Column B* Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **B&G Capital, LLC** <br> Creditor's Name <br><br> **525 Lefferts Avenue** <br> **Apt. 5B** <br> **Brooklyn, NY 11225** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **5th lien on Parcels A, B, C, D, E, G and H** <br> **identified in Schedule A/B** <br> **(3 separate notes at $1 million each)** | $3,000,000.00 | $9,689,735.00 |
| | **Describe the lien** <br> **Fifth Lien** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** <br><br> **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** **Elbert County Treasurer** <br> Creditor's Name <br><br> **Tax Department** <br> **215 Comanche Street** <br> **Kiowa, CO 80117** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **Real Property taxes** | $26,731.76 | $0.00 |
| | **Describe the lien** <br> **Statutory Lien** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** <br> **2021** <br> **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |

Debtor   **Lakeport CF, LLC**
    Name                                                    Case number (if known)   **22-11941 MER**

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| **2.3** | **Lakeport CF, LLC** | | | $5,200,000.00 | $25,055,305.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2nd lien on Parcels A, B, C, E, G and H identified in Schedule A/B**

**4403 13th Avenue**
**Brooklyn, NY 11219**
Creditor's mailing address

Describe the lien
**2nd Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2022**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.4** | **Lead Funding II, LLC** | | | $2,050,000.00 | $5,145,740.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**First Lien on 5390 Hunt Circle**
**Parcel No. 6428300267 - 80.28 Acres plus**
**East Ranch Water Rights (value $3,500,000)**

**VAMFP Hunt, LLC**
**7400 E. Orchard Road**
**Suite 3000N**
**Greenwood Village, CO**
**80111**
Creditor's mailing address

Describe the lien
**First Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**August 22, 2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.5** | **McCann, Thomas** | | | $4,500,000.00 | $10,805,550.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**4th lien on Parcels A, B, C, D, E, F, G and H identified in Schedule A/B**

**EPS, 6472 S. Quebec Street**
**Centennial, CO 80111**
Creditor's mailing address

Describe the lien
**4th Lien**

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       

Debtor   **Lakeport CF, LLC**                                      Case number (if known)   **22-11941 MER**
Name

---

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**July 28, 2020**

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Rady Dyer** | Describe debtor's property that is subject to a lien | $854,944.00 | $8,074,745.00 |

Creditor's Name

**3rd lien on Parcels A, C, E, G and H identified in Schedule A/B**

**1951 Hidden Acres Place**
**Parker, CO 80138**

Creditor's mailing address

Describe the lien

**3rd Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**February 10, 2020**

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 | **River Bend Corporation** | Describe debtor's property that is subject to a lien | $1,702,804.00 | $853,210.00 |

Creditor's Name

**5010 Hunt Circle**
**Parcel No. 6428200281 - 41.62 acres**

**155 Madison Street**
**Denver, CO 80206**

Creditor's mailing address

Describe the lien

**First Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**June 26, 2017**

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**C103**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| Debtor | **Lakeport CF, LLC** | | Case number (if known) | **22-11941 MER** |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | **River Bend Corporation** | Describe debtor's property that is subject to a lien | **$813,635.00** | **$1,614,990.00** |
|---|---|---|---|---|

**River Bend Corporation**
Creditor's Name

**5370 Hunt Circle
Parcel B -  No. 6428200283 - 35.12 Acres
(value - $719,960.00)
Parcel D -  No. 6428200252 - 43.66 Acres
(value - $895,030.00)**

**155 Madison Street
Denver, CO 80206**
Creditor's mailing address

Describe the lien
**First Lien**

Is the creditor an insider or related party?
Creditor's email address, if known
■ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred
■ No
**May 26, 2017**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1546**

As of the petition filing date, the claim is:
Check all that apply
Do multiple creditors have an interest in the same property?
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.9 | **River Bend Corporation** | Describe debtor's property that is subject to a lien | **$2,880,893.00** | **$6,691,616.00** |
|---|---|---|---|---|

**River Bend Corporation**
Creditor's Name

**5370 Hunt Circle -Parcel No. 6428100191 - 35.12 acres
5381 Hunt Circle - Parcel 6428100051 - 54.43 acres
43625 CR 29 - Parcel No. 6428100192 - 79.96 acres
43585 CR 17-21 - Parcel No. 6428100190 - 156.91 acres**

**155 Madison Street
Denver, CO 80206**
Creditor's mailing address

Describe the lien
**First Lien**

Is the creditor an insider or related party?
Creditor's email address, if known
■ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred
■ No
**October 10, 2018**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1676**

As of the petition filing date, the claim is:
Check all that apply
Do multiple creditors have an interest in the same property?
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.10 | **River Bend Corporation** | Describe debtor's property that is subject to a lien | **$3,022,653.00** | **$14,249,755.00** |
|---|---|---|---|---|

**River Bend Corporation**
Creditor's Name

**43993 CR 29 - Parcel No. 6427100191 - 634.4 acres
43160 CR 21, 43260 CR 21, and 43262 CR 21 - Parcel No. 6428300266 - 60.81 acres**

**155 Madison Street
Denver, CO 80206**
Creditor's mailing address

Describe the lien

Debtor   **Lakeport CF, LLC**
Name

Case number (if known)   **22-11941 MER**

**First Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**January 9, 2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1700**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$24,051,660.76

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David R. Doughty**<br>**Janeway Law Firm, P.C.**<br>**9800 S. Meridian Blvd., #400**<br>**Englewood, CO 80112** | Line __2.4__ | |
| **Michael G. Milstein, Esq.**<br>**Foster Graham Milstein Calisher, LLP**<br>**360 S. Garfield Street, Suite 600**<br>**Denver, CO 80209** | Line __2.7__ | |
| **Michael G. Milstein, Esq.**<br>**Foster Graham Milstein Calisher, LLP**<br>**360 S. Garfield Street, Suite 600**<br>**Denver, CO 80209** | Line __2.8__ | |
| **Michael G. Milstein, Esq.**<br>**Foster Graham Milstein Calisher, LLP**<br>**360 S. Garfield Street, Suite 600**<br>**Denver, CO 80209** | Line __2.9__ | |
| **Michael G. Milstein, Esq.**<br>**Foster Graham Milstein Calisher, LLP**<br>**360 S. Garfield Street, Suite 600**<br>**Denver, CO 80209** | Line __2.10__ | |

**Fill in this information to identify the case:**

Debtor name __Lakeport CF, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __22-11941 MER__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Boulder Road Funding**<br>**9356 Green Dragon Street**<br>**Orlando, FL 32827**<br><br>Date(s) debt was incurred __October 20, 2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $150,000.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Can America Drilling, Inc.**<br>**708 Cheyenne Ave.**<br>**P.O. Box 416**<br>**Simla, CO 80835**<br><br>Date(s) debt was incurred __February 17, 2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Drilling Services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $594,442.31 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Deadrick SSB, LLC**<br>**9380 Collin Ave.**<br>**Surfside, FL 33154**<br><br>Date(s) debt was incurred __February 15, 2022__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,200,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ER Golf Real Esate, LLC**<br>**4403 13th Avenue**<br>**Brooklyn, NY 11219**<br><br>Date(s) debt was incurred __1/1/21 - present__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Advanced company funds for general corporate use__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $280,068.00 |

| Debtor | **Lakeport CF, LLC** | | Case number (if known) | **22-11941 MER** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,221.77** |
|---|---|---|---|
| | **Fairfield and Woods, P.C.** | ☐ Contingent | |
| | **1801 California Street** | ☐ Unliquidated | |
| | **Suite 2600** | ☐ Disputed | |
| | **Denver, CO 80202** | | |
| | Date(s) debt was incurred **2022** | Basis for the claim: **Legal fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526,442.82** |
|---|---|---|---|
| | **Natural Path Botanicals, LLC** | ☐ Contingent | |
| | **401 Capital Street** | ☐ Unliquidated | |
| | **Hayden, CO 81639** | ☐ Disputed | |
| | Date(s) debt was incurred **February 10, 2020** | Basis for the claim: **Trade Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,801,174.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,801,174.90 |

**Fill in this information to identify the case:**

Debtor name   **Lakeport CF, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-11941 MER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Golf Course Lease** | |
| | State the term remaining | **Until May 29, 2032** | **ER Golf Real Estate, LLC** |
| | List the contract number of any government contract | | **42350 CO 17/21** **Elizabeth, CO 80107** |

**Fill in this information to identify the case:**

Debtor name __Lakeport CF, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __22-11941 MER__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

�}■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Lakeport CF, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **22-11941 MER**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2022**          X **/s/ Jay Home 2, LLC, Manager of Debtor**
                                         Signature of individual signing on behalf of debtor

                                         **Jay Home 2, LLC, Manager of Debtor**
                                         Printed name

                                         **by Yoel Israel, Chairman of the Manager**
                                         Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors