**Fill in this information to identify the case:**

Debtor name: **Lakeport CF, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **22-11941 MER**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Chase Bank | Checking | 3687 | $8,016.42 |
   | 3.2. | Chase | Savings | 2355 | $0.00 |
   | 3.3. | Chase | Savings | 1798 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $8,016.42

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor **Lakeport CF, LLC**     Case number *(If known)* **22-11941 MER**
    Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **154.9 KGs of CBD Isolate - Not for Sale** | | $0.00 | | $60,000.00 |
| | **32,000 lbs of Hemp - Not for Sale** | | $0.00 | | $30,000.00 |

23. **Total of Part 5.**          **$90,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor **Lakeport CF, LLC**  
Name

Case number *(If known)* **22-11941 MER**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 5010 Hunt Circle Parcel A - No. 6428200281 - 41.62 acres | | $0.00 | | $853,210.00 |
| 55.2. | 5370 Hunt Circle Parcel B - No. 6428200283 - 35.12 Acres (value - $719,960.00) Parcel D - No. 6428200252 - 43.66 Acres (value - $895,030.00) | | $0.00 | | $1,614,990.00 |
| 55.3. | 43625 County Road 29 Parcel E - No. 6428100192 - 79.96 Acres | | $0.00 | | $1,639,180.00 |
| 55.4. | 5381 Hunt Circle Parcel F - No. 6428100051 - 54.43 Acres | | $0.00 | | $1,115,815.00 |
| 55.5. | 43585 County Road 17-21 Parcel G - No. 6428100190 - 156.91 Acres | | $0.00 | | $3,216,655.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 3

Debtor **Lakeport CF, LLC**
Name

Case number *(If known)* **22-11941 MER**

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | 43993 County Road 29 Parcel No. 6427100191 - 634.30 Acres | | | $0.00 | $13,003,150.00 |
| 55.7. | 43160 County Road 21, 43260 County Road 21, and 53262 County Road 21 Parcel No. 6428300266 - 60.81 Acres | | | $0.00 | $1,246,605.00 |
| 55.8. | 5390 Hunt Circle Parcel H - No. 6428300267 - 80.28 Acres (value - $1,645,740.00) | | | $0.00 | $1,645,740.00 |
| 55.9. | CR 174 - Parcel of Land in Parker, CO | Equitable Interest pursuant to Lis Pendens | | $0.00 | $1,000,000.00 |
| 55.10. | 5370 Hunt Circle Parcel C- No. 6428100191 - 35.12 Acres (value - $719,960.00) | | | $0.00 | $719,960.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    $26,055,305.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 4

Debtor **Lakeport CF, LLC**     Case number *(If known)* **22-11941 MER**
       Name

■ Yes Fill in the information below.

**Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | Claims against all Defendants in Civil Action 2021CV030089 | **Unknown** |
| | Nature of claim: Fraud, Civil Conspiracy and other causes of action | |
| | Amount requested: $0.00 | |
| | Title insurance claim against Stewart Title Company | **$7,700,000.00** |
| | Nature of claim: Breach of Contract | |
| | Amount requested: $7,700,000.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | East Ranch Water Rights (value $3,500,000) (secured by Lead Funding) | **$3,500,000.00** |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$11,200,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | |

Debtor **Lakeport CF, LLC**
Name

Case number *(If known)* **22-11941 MER**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,016.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $90,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................> | | $26,055,305.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,298,016.42 | + 91b. $26,055,305.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92            $37,353,321.42