# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re Lakeport CF, LLC, | Case No. 22-11941-MER |
| EIN 84-3085834 | Chapter 11 |
| Debtor. | |

### STIPULATION BETWEEN DEBTOR, CAN-AMERICA DRILLING, INC., AND THOMAS MCCANN RE DEBTOR'S FIFTH AMENDED PLAN OF REORGANIZATION

Debtor-in-Possession Lakeport CF, LLC ("**Debtor**") and creditors Can-America Drilling, Inc. ("**Can-Am**"), and Thomas McCann ("**McCann**") hereby stipulate as follows regarding Debtor's Fifth Amended Plan of Reorganization ("**Plan**," ECF No. 613).

1. On March 4, 2024, the Court entered its Order setting a hearing on confirmation of Debtor's Fourth Amended Plan of Reorganization, and ordered that all objections to the Plan be filed by April 12, 2024. ECF No. 565.

2. Can-Am and McCann timely objected (ECF Nos. 581, 582, respectively). At the confirmation hearing on May 3, 2024, an agreement was reached between the Debtor, Can-Am, and McCann, resolving their objections. Following the May 3 hearing, the Court ordered Can-Am, McCann, and the Debtor to file a stipulated withdrawal of the Can-Am and McCann objections to the plan and a proposed order confirming the plan. See ECF No. 609.

3. On May 10, 2024, Debtor filed its Plan, a redline reflecting the changes agreed to at the May 3 hearing (ECF No. 614), and a proposed Confirmation Order (ECF No. 616).

4. On May 17, 2024, McCann filed his Objection to the Fifth Amended Plan (ECF No. 617) raising an issue he had not previously raised in his Objection to the Fourth Amended Plan. This stipulation and the proposed Plan Modification and

Confirmation Order submitted with it resolves McCann's Objection (ECF No. 617), as well as Can-Am and McCann's prior plan objections.

5. Can-Am and McCann hereby stipulate to confirmation of the Plan as Modified. The sole change effected by the Modification is to the definition of "Income" in section 1.29 of the Plan as follows:

> "Income" shall mean the ~~net income the~~revenue Debtor ~~derives~~ generates from any source, including cash infusions from its equity owners, ~~and~~ the net proceeds from sales of ~~the lots of the~~ Debtor's ~~developed~~ Real Property, whether developed or undeveloped, net proceeds from the State Court Proceedings, and any other revenue after deducting normal operating expenses, unclassified allowed Chapter 11 Administrative Expenses, and allowed unsecured priority claims (if any) from such Income. ~~Income shall also include net proceeds from the State Court Proceedings.~~

6. The Modification simply confirms the intent of the Plan to ensure creditors are paid pursuant to the terms of the Plan whether Debtor's Property is sold as developed or undeveloped property.

WHEREFORE, Can-Am and McCann hereby withdraw their objections to confirmation of the Plan (ECF Nos. 581, 582), and consent to the entry of the Order Confirming Debtor's Fifth Amended Plan of Reorganization Dated May 10, 2024, as Modified, which is being submitted contemporaneously with this Stipulation.

Dated: June 3, 2024.

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.**

*/s/ Michael Gilbert*
Jeffrey A. Weinman
Michael T. Gilbert
Brenton L. Gragg
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
mgilbert@allen-vellone.com
jweinman@allen-vellone.com
bgragg@allen-vellone.com

*Counsel for Debtor-in-Possession Lakeport CF, LLC*

**BUECHLER LAW OFFICE, LLC**

*/s/ K. Jamie Buechler*
Michael C. Lamb
K Jamie Buechler (*gender pronouns she/her*)
999 18th Street, Suite 1230-S
Denver, CO 80202
Phone: (720) 381-0045
Fax: (720) 381-0382
mcl@kblawoffice.com
Jamie@kblawoffice.com

*Counsel for Can-America Drilling, Inc.*

3

**DORTCH LINDSTROM LIVINGSTON LAW GROUP**

*/s/ T. Micah Dortch*
T. Micah Dortch
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Tel: 214-252-8258
Fax: 888-653-3299
Email: micah@dll-law.com

Christopher D. Lindstrom #51052
4306 Yoakum Blvd., Suite 270
Houston, Texas 77006
Tel: 713-968-0060
Fax: 888-653-3299
Email: Chris@dll-law.com

*Counsel for Creditor Thomas McCann*

4

**Certificate of Service**

The undersigned certifies that on June 3, 2024, a true and correct copy of the foregoing was filed and served utilizing the Court's electronic filing system, which will serve a copy on all parties and counsel of record, including (but not limited to):

| | |
|---|---|
| U.S.Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Robert Graham<br>bob@fostergraham.com |
| Robert S. Boughner<br>Samuel.Boughner@usdoj.gov | Phillip A. Parrott<br>pparrott@ckbrlaw.com |
| Timothy Micah Dortch<br>mdortch@potts-law.com | Christopher Lindstrom<br>clindstrom@potts-law.com |
| Angela M. Vichick<br>avichick@lewisroca.com | Chad S. Caby<br>ccaby@lewisroca.com |
| Bradford E. Dempsey<br>Brad.dempsey@faegredrinker.com | N. April Winecki<br>bankruptcy@janewaylaw.com |
| Matthew S. Rork<br>mrork@fwlaw.com | Jonathan Dickey<br>jmd@kutnerlaw.com |
| | William J. Acromite<br>wa@timminslaw.com |

*/s/ Salowa Khan*
Allen Vellone Wolf Helfrich & Factor P.C.