# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re Lakeport CF, LLC, | Case No. 22-11941-MER |
| EIN 84-3085834 | Chapter 11 |
| Debtor. | |

## ORDER CONFIRMING DEBTOR'S FIFTH AMENDED PLAN OF REORGANIZATION DATED MAY 10, 2024, AS MODIFIED

THIS MATTER, is before the Court on the Debtor's Fifth Amended Plan of Reorganization dated May 10, 2024 (Dkt. No. 613), as Modified pursuant a stipulation between Debtor and creditors Can-America Drilling, Inc. ("Can-Am"), and Thomas McCann ("McCann") as reflected in Debtor's Modification to Fifth Amended Plan of Reorganization. ECF No. 613 and the Modification are referred to as the "Plan." The objections to confirmation of the Plan filed with the Court are overruled or otherwise resolved through amendments to the Plan or as modified by stipulation. The Court received Debtor's Offer of Proof put forward by Jean-Marc Orlando[1] concerning the elements of 11 U.S.C. § 1129(a) at the confirmation hearing on May 3, 2024. The Court, having reviewed the Debtor's Ballot Voting Report and the Ballots attached thereto, and its file with respect to this matter, and deeming itself advised in the premises,

HEREBY FINDS that Debtor's Plan meets the requirements of 11 U.S.C. §1129(a), and cause exists for confirming the Debtor's Plan pursuant to the terms of this Order.

THEREFORE, THE COURT ORDERS:

1. Debtor's Plan is CONFIRMED.

2. A copy of the confirmed Plan dated May 10, 2024, is available for review on the Court's electronic docket on PACER at Docket Number 613 and as Modified at Docket Number 621.

---

[1] Mr. Orlando is the Manager of Jay Home 2, LLC, the Manager of the Debtor.

Dated: June 4, 2024.

BY THE COURT:

Hon. Michael E. Romero
United States Bankruptcy Judge